UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-3924-DSF (FFM) | Date | June 27, 2013 |
|---|---|---|---|
| Title | IN THE MATTER OF THE EXTRADITION OF RUSTY STEVEN SETSER | | |

| Present: The Honorable | Frederick F. Mumm | |
|---|---|---|
| J. Muñoz | CS 06/27/13 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Fugitive |
|---|---|
| Robyn Bacon, AUSA | Peter Johnson, CJA |

**Proceedings:**     STATUS CONFERENCE RE EXTRADITION

Case called.  Counsel make their appearance.

Court advises the fugitive of his rights.

Court sets briefing schedule as follows: Government's memorandum due by July 8, 2013, the fugitive's opposition due by July 22, 2013, and government's reply, if any, is due by August 5, 2013.

Extradition hearing set for August 12, 2013, at 10:00 a.m.

|  | : | 06 |
|---|---|---|
| | Initials of Preparer | JM |