ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4667
    Facsimile: (213) 894-3713
    E-mail:    robyn.bacon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>RUSTY STEVEN SETSER<br>A fugitive from the government of Australia. | No. CV 13-3924-DSF-FFM<br><br>[proposed] ORDER RE EXTRADITION |

    The fugitive, Rusty Steven Setser (hereinafter "the fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on July 24, 2013, and having entered into the foregoing stipulation.

    IT IS HEREBY FOUND as follows:

    1.   The fugitive's stipulation to all elements of extradition is intelligent and voluntary.

    2.   The fugitive was charged in Australia with the crime of conspiracy to import a commercial quantity of a border controlled drug, namely, cocaine. On March 31, 2011, an authorized officer of

1 the Local Court at Sydney, New South Wales issued a warrant for his
2 arrest.
3     3.    All the requirements for summary extradition are met,
4 specifically:
5         a.    The undersigned judicial officer, United States
6 Magistrate Judge Frederick F. Mumm, and the court on which that
7 judicial officer sits, have jurisdiction to conduct extradition
8 proceedings.
9         b.    The undersigned judicial officer, United States
10 Magistrate Judge Frederick F. Mumm, and the court on which that
11 judicial officer sits, have jurisdiction over the fugitive.
12         c.    An extradition treaty is in force between the United
13 States of America and Australia.
14         d.    The fugitive is sought for offense for which the
15 applicable treaty permits extradition.
16         e.    The fugitive is the individual who is charged in
17 Australia and there is probable cause to believe him guilty of each
18 of the charged offenses.
19         f.    The fugitive agrees to summary extradition without
20 further proceedings pursuant to Article XIII(2) of the Treaty on
21 Extradition between the United States of America and Australia of
22 May 14, 1974, as amended by the Protocol Amending the Treaty on
23 Extradition between the United States of America, signed on
24 September 4, 1990.
25     4.    There are no facts that bar the extradition of the
26 fugitive under the extradition treaty.
27

1    Based on the foregoing findings, the Court concludes that Rusty
2 Steven Setser is extraditable for each offense for which extradition
3 was requested, and certifies this finding to the Secretary of State
4 as required under Title 18, United States Code, Section 3184.
5    IT IS THEREFORE ORDERED that the Clerk of the Court deliver to
6 the Assistant United States Attorney a certified copy of this
7 Certification of Extraditability and the executed Stipulation of
8 Consent to Extradition and, further, that the Clerk forward
9 certified copies of the same to the Secretary of State (to the
10 attention of the Legal Adviser) for the appropriate disposition.
11   IT IS FURTHER ORDERED that Rusty Steven Setser be committed to
12 the custody of the United States Marshal pending final disposition
13 of this matter by the Secretary of State and arrival of agents of
14 the requesting state, at which time Rusty Steven Setser, together
15 with any evidence seized incidental to his arrest, will be
16 transferred to the custody of the agents of the requesting state at
17 such time and place as mutually agreed upon by the United States
18 Marshal and the duly authorized representatives of the Government of
19 Australia to be transported to Australia.
20   IT IS SO FOUND AND ORDERED this 24th day of July 2013.

                                   /S/ FREDERICK F. MUMM
                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
_____
Robyn K. Bacon
Assistant United States Attorney