```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROBYN K. BACON (Cal. Bar No. 251048)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-4667
 7       Facsimile:  (213) 894-3713
         E-mail:     robyn.bacon@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>RUSTY STEVEN SETSER<br><br>A fugitive from the government of Australia. | No. CV 13-3924-DSF-FFM<br><br>[proposed] ORDER RE EXTRADITION |
|---|---|

   The fugitive, Rusty Steven Setser (hereinafter "the fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on July 24, 2013, and having entered into the foregoing stipulation.

   IT IS HEREBY FOUND as follows:

   1.   The fugitive's stipulation to all elements of extradition is intelligent and voluntary.

   2.   The fugitive was charged in Australia with the crimes of (1) conspiracy to import a commercial quantity of a border controlled drug, namely, cocaine and (2) dealing with the proceeds of crime worth $100,000 or more. On March 31, 2011, an authorized

officer of the Local Court at Sydney, New South Wales issued a warrant for his arrest.

3. All the requirements for summary extradition are met, specifically:

   a. The undersigned judicial officer, United States Magistrate Judge Frederick F. Mumm, and the court on which that judicial officer sits, have jurisdiction to conduct extradition proceedings.

   b. The undersigned judicial officer, United States Magistrate Judge Frederick F. Mumm, and the court on which that judicial officer sits, have jurisdiction over the fugitive.

   c. An extradition treaty is in force between the United States of America and Australia.

   d. The fugitive is sought for offense for which the applicable treaty permits extradition.

   e. The fugitive is the individual who is charged in Australia and there is probable cause to believe him guilty of each of the charged offenses.

   f. The fugitive agrees to summary extradition without further proceedings pursuant to Article XIII(2) of the Treaty on Extradition between the United States of America and Australia of May 14, 1974, as amended by the Protocol Amending the Treaty on Extradition between the United States of America, signed on September 4, 1990.

4. There are no facts that bar the extradition of the fugitive under the extradition treaty.

Based on the foregoing findings, the Court concludes that Rusty Steven Setser is extraditable for each offense for which extradition

was requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Stipulation of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) for the appropriate disposition.

IT IS FURTHER ORDERED that Rusty Steven Setser be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Rusty Steven Setser, together with any evidence seized incidental to his arrest, will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Australia to be transported to Australia.

IT IS SO FOUND AND ORDERED this 15 day of August 2013.

Dated:

UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/

Robyn K. Bacon
Assistant United States Attorney

3